**NORRISTOWN AREA SCHOOL DISTRICT**
401 N. WHITEHALL ROAD
NORRISTOWN, PA 19403
(610) 630-5000
PAYROLL ACCOUNT



COMMERCE BANK
1-800-YES-2000

*Date*
04/10/2026



PAMELA A HOWARD
909 NORTHRIDGE DRIVE
NORTHRIDGE ESTATES
WEST NORRITON PA 19403-2995

## ** NON-NEGOTIABLE **

NORRISTOWN AREA SCHOOL DISTRICT                    HOWARD, PAMELA A

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| BASE PAY | | 1,301.96 | FICA | 80.72 | 648.35 | 80.72 | 10,457.46 |
| | | | MEDICARE | 18.88 | 151.64 | 18.88 | |
| | | | FED TAX | 60.72 | 490.40 | .00 | *Current Earnings* |
| | | | STATE TAX | 39.97 | 321.04 | .00 | |
| | | | LOCAL TAX | 13.02 | | .00 | 1,301.96 |
| | | | TD 7.5% | 97.65 | 784.33 | .00 | |
| | | | RETIREMENT | .00 | .00 | 442.67 | *Current Net* |
| | | | EMPLR W/C | .00 | .00 | 13.80 | |
| | | | LST TAX-WN | 2.00 | 16.00 | .00 | 988.09 |
| | | | UNEMP TAX | .91 | 7.31 | .00 | |
| | | | EMPLR UC | .00 | .00 | .91 | *Pay Period Ending* |
| | | | LTD PREM | .00 | .00 | 4.39 | |
| TOTAL | .00 | 1,301.96 | MED/LTD BD | .00 | .00 | 2.14 | |
| *Leave* | *Balance* | *Taken YTD* | LIFE INS | .00 | .00 | 2.98 | 04/10/26 |
| | | | VISION-SIN | .00 | .00 | 5.38 | *Pay Date* |
| SICK LEAVE | 7.50 | 2.50 | CITADEL CU | 988.09 | 7,933.81 | .00 | |
| PERSONAL | .00 | 2.00 | | | | | 04/10/26 |
| ACC PD 10M | .00 | .00 | | | | | |
| | | | | | | | *Stub No* |
| | | | Total | 1,301.96 | | 571.87 | V980825 |

**NORRISTOWN AREA SCHOOL DISTRICT**
401 N. WHITEHALL ROAD
NORRISTOWN, PA 19403
(610) 630-5000
PAYROLL ACCOUNT

COMMERCE BANK
1-800-YES-2000

Date
04/24/2026

PAMELA A HOWARD
909 NORTHRIDGE DRIVE
NORTHRIDGE ESTATES
WEST NORRITON PA 19403-2995

## ** NON-NEGOTIABLE **

NORRISTOWN AREA SCHOOL DISTRICT

HOWARD, PAMELA A

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| BASE PAY | | 1,301.96 | FICA | 80.72 | 729.07 | 80.72 | 11,759.42 |
| | | | MEDICARE | 18.88 | 170.52 | 18.88 | |
| | | | FED TAX | 60.72 | 551.12 | .00 | Current Earnings |
| | | | STATE TAX | 39.97 | 361.01 | .00 | |
| | | | LOCAL TAX | 13.02 | 117.60 | .00 | 1,301.96 |
| | | | TD 7.5% | 97.65 | 881.98 | .00 | |
| | | | RETIREMENT | .00 | .00 | 442.67 | Current Net |
| | | | EMPLR W/C | .00 | .00 | 13.80 | |
| | | | LST TAX-WN | 2.00 | 18.00 | .00 | 988.09 |
| | | | UNEMP TAX | .91 | 8.22 | .00 | |
| | | | EMPLR UC | .00 | .00 | .91 | Pay Period Ending |
| | | | CITADEL CU | 988.09 | 8,921.90 | .00 | |
| TOTAL | .00 | 1,301.96 | LTD PREM | .00 | .00 | .00 | 04/24/26 |
| | | | MED/LTD BD | .00 | .00 | .00 | |
| Leave | Balance | Taken YTD | LIFE INS | .00 | .00 | .00 | Pay Date |
| SICK LEAVE | 7.50 | 2.50 | VISION-SIN | .00 | .00 | .00 | |
| PERSONAL | .00 | 2.00 | | | | | 04/24/26 |
| ACC PD 10M | .00 | .00 | | | | | |
| | | | | | | | Stub No |
| | | | Total | 1,301.96 | 11,759.42 | 556.98 | V981995 |

**NORRISTOWN AREA SCHOOL DISTRICT**

401 N. WHITEHALL ROAD
NORRISTOWN, PA 19403
(610) 630-5000
PAYROLL ACCOUNT

COMMERCE BANK
1-800-YES-2000



Date
05/08/2026

PAMELA A HOWARD
909 NORTHRIDGE DRIVE
NORTHRIDGE ESTATES
WEST NORRITON PA 19403-2995

## ** NON-NEGOTIABLE **

HOWARD, PAMELA A

**NORRISTOWN AREA SCHOOL DISTRICT**

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| BASE PAY | | 1,301.96 | FICA | 80.72 | 809.79 | 80.72 | 13,061.38 |
| | | | MEDICARE | 18.88 | 189.40 | 18.88 | |
| | | | FED TAX | 60.72 | 611.84 | .00 | **Current Earnings** |
| | | | STATE TAX | 39.97 | 400.98 | .00 | 1,301.96 |
| | | | LOCAL TAX | 13.02 | 130.62 | .00 | |
| | | | TD 7.5% | 97.65 | 979.63 | .00 | |
| | | | RETIREMENT | .00 | .00 | 442.67 | **Current Net** |
| | | | EMPLR W/C | .00 | .00 | 13.80 | |
| | | | LST TAX-WN | 2.00 | 20.00 | .00 | 988.09 |
| | | | UNEMP TAX | .91 | 9.13 | .00 | |
| | | | EMPLR UC | .00 | .00 | .91 | **Pay Period Ending** |
| | | | LTD PREM | .00 | .00 | 4.39 | |
| TOTAL | .00 | 1,301.96 | MED/LTD BD | .00 | .00 | 2.14 | 05/08/ 26 |
| Leave | Balance | Taken YTD | LIFE INS | .00 | .00 | 2.98 | |
| | | | VISION-SIN | .00 | .00 | 5.38 | **Pay Date** |
| SICK LEAVE | 7.50 | 2.50 | CITADEL CU | 988.09 | 9,909.99 | .00 | |
| PERSONAL | .00 | 2.00 | | | | | 05/08/26 |
| ACC PD 10M | .00 | .00 | | | | | |
| | | | | | | | **Stub No** |
| | | | Total | 1,301.96 | 13,061.38 | 571.87 | V983189 |

# ORRISTOWN AREA SCHOOL DISTRICT

HOWARD, PAMELA A

STATEMENT OF EARNINGS AND DEDUCTIONS-PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| BASE PAY | | 1,301.96 | FICA | 80.72 | 912.96 | 80.72 | 14,725.39 |
| | | | MEDICARE | 18.88 | 213.53 | 18.88 | |
| | | | FED TAX | 60.72 | 672.56 | .00 | *Current Earnings* |
| | | | STATE TAX | 39.97 | 452.06 | .00 | |
| | | | LOCAL TAX | 13.02 | 147.26 | .00 | 1,301.96 |
| | | | TD 7.5% | 97.65 | 1,104.43 | .00 | |
| | | | RETIREMENT | .00 | .00 | 442.67 | *Current Net* |
| | | | EMPLR W/C | .00 | .00 | 13.80 | |
| | | | LST TAX-WN | 2.00 | 22.00 | .00 | 988.09 |
| | | | UNEMP TAX | .91 | 10.29 | .00 | |
| | | | EMPLR UC | .00 | .00 | .91 | *Pay Period* |
| | | | LTD PREM | .00 | .00 | .00 | *Ending* |
| | | | MED/LTD BD | .00 | .00 | .00 | |
| TOTAL | .00 | 1,301.96 | LIFE INS | .00 | .00 | .00 | 05/22/26 |
| Leave | Balance | Taken YTD | VISION-SIN | .00 | .00 | .00 | *Pay Date* |
| | | | CITIZENS | .00 | 9,909.99 | .00 | |
| SICK LEAVE | 5.50 | 4.50 | | | | | 05/22/26 |
| PERSONAL | .00 | 2.00 | | | | | |
| ACC PD 10M | .00 | .00 | | | | | *Check No* |
| | | | Total | 313.87 | 13,445.08 | 556.98 | 177465 |