# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Pamela Andrea Howard,

              Debtor.

Case No. 26-12425-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on July 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 29, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

Capital One Auto Finance
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Pennsylvania Dept. of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Citadel Credit Union
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

Syncb/Car Care
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

**James Howard**
909 Northridge Dr Unit B92
West Norriton, PA 19403-2995

**Internal Revenue
Service
Centralized Insolvency
Operation**
P.O. Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding LLC/
Resurgent Capital
Services
Resurgent
Correspondence,**
Attn: Bankruptcy PO Box 1269
Greenville, SC 29602

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**National Credit Systems,
Inc.**
Attn: Bankruptcy
P.O. Box 672288
Atlanta, GA 30006